Kathleen L. Wieneke, Bar #011139
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1771
Fax:  (602) 200-7858
kwieneke@jshfirm.com
jholsman@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants City of Phoenix,
Fulton, Blair, Wicevich and Warren

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ETHEL BOWMAN, individually and as mother for deceased Tom Bowman, Patricia Bowman, Sherlean Tindal, James Bowman, William Bowman, Jr., Nathaniel Sanders, Laureatha George as mother of James and Carala Bowman, minors and Sabrina Mitchell as mother of Demari Bowman, minor,<br><br>                              Plaintiffs,<br><br>           v.<br><br>CITY OF PHOENIX, a municipality in the state of Arizona, OFFICER FULTON and SPOUSE FULTON, husband and wife, OFFICER BLAIR and SPOUSE BLAIR, husband and wife, OFFICER WICEVICH and SPOUSE WICEVICH, husband and wife, OFFICER WARREN and SPOUSE WARREN, husband and wife, and JANE DOES 1-10 and JOHN DOES 1-10,<br><br>                              Defendants. | NO. CV2006-2634-PHX-ROS<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable Roslyn Silver) |

Defendants City of Phoenix, Fulton, Blair, Wicevich and Warren, through undersigned counsel, hereby notify this Court that the parties have reached a settlement in this matter, subject to Phoenix City Council approval.  Once City Council approval is

1753439.1

received, the parties will file a Stipulation for Dismissal with Prejudice and proposed Order.

The Court has set a Rule 16 Scheduling Hearing for May 4, 2007, at 1:30 p.m. As a result of the settlement, Defendants respectfully request the Court vacate this hearing.

DATED this 9th day of March, 2007.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/Jennifer L. Holsman
    Kathleen L. Wieneke
    Jennifer L. Holsman
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona  85012
    Attorneys for Defendants City of Phoenix, Fulton, Blair, Wicevich and Warren

***ORIGINAL*** of the foregoing *electronically filed* this  9th day of March, 2007.

and ***COPY*** mailed even date, to:

Keith M. Knowlton
**KEITH M. KNOWLTON, L.L.C.**
1630 South Stapley, Suite 231
Mesa, Arizona 85282-7072
*Attorneys for Plaintiffs*

    /s/Peggy Sue Trakes

1753439.1      2